IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DENNIS M. MCGEADY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| WELLS FARGO BANK, N.A. ) | |
| d/b/a WELLS FARGO DEALER SERVICES ) | Case No.: 17-12277 (JKF) |
| **Moving Party** ) | |
| ) | **Hearing Date: 8-15-18 at 9:30 AM** |
| v. ) | |
| DENNIS M. MCGEADY ) | 11 U.S.C. 362 |
| JENNIFER R. MOEBIUS ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

### PRAECIPE WITHDRAWING WELLS FARGO'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Wells Fargo Dealer Services' Motion For Stay Relief And Co-Debtor Relief, filed on or about July 18, 2018 in the above-referenced case, number 28 on the docket.

Date: 8/14/18

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Wells Fargo Dealer Services