UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Dennis M. McGeady | : | |
| | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 17-12277JKF |

**AMENDED**
**ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN**
**AFTER CONFIRMATION**

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_____
J.