UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Dennis M. McGeady : | |
| : | Chapter 13 |
| : | |
|    Debtors : | Case No.: 17-12277JKF |

**AMENDED**
CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan and Notice of Motion by electronic or Regular US Mail on all creditors and the following parties:

**Scott Waterman**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**Suite 100**
**Reading, PA 19606**

**Christopher M. McGonagle, Esq.**
**Stern & Eisenberg, PC**
**1581 Main Street**
**Suite 200**
**Warrington, PA 18976**

Dated: April 19, 2019          /s/Brad J. Sadek, Esq
                                                             Brad J. Sadek, Esq.
                                                             Attorney for Debtor
                                                             1315 Walnut Street
                                                             Suite #502
                                                             Philadelphia, PA 19107