IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Dennis M. McGeady | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No. 17-12277JKF |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Fee Application filed at Docket Number 53.

Dated: <u>August 6, 2019</u>          <u>/s/ Brad J. Sadek, Esquire</u>
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper
                                    1315 Walnut Street, Suite 502
                                    Philadelphia, PA 19107
                                    215-545-0008