| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-12277-AMC**

DENNIS M. MC GEADY
7145 CLARIDGE STREET
PHILADELPHIA  PA   19111

Petition Filed Date: 03/31/2017
341 Hearing Date: 06/02/2017
Confirmation Date: 10/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $194.00 | | 01/31/2019 | $194.00 | | 03/04/2019 | $194.00 | |
| 03/29/2019 | $194.00 | | 04/29/2019 | $194.00 | | 05/10/2019 | $150.75 | |
| 05/20/2019 | $150.75 | | 05/24/2019 | $150.75 | | 05/31/2019 | $150.75 | |
| 06/07/2019 | $150.75 | | 06/14/2019 | $150.75 | | 06/24/2019 | $150.75 | |
| 06/28/2019 | $150.75 | | 07/08/2019 | $150.75 | | 07/12/2019 | $150.75 | |
| 07/22/2019 | $150.75 | | 07/26/2019 | $150.75 | | 08/02/2019 | $150.75 | |
| 08/09/2019 | $150.75 | | 08/14/2019 | $107.50 | | 08/16/2019 | $150.75 | |
| 08/26/2019 | $150.75 | | 08/30/2019 | $150.75 | | 09/06/2019 | $150.75 | |
| 09/13/2019 | $150.75 | | 09/20/2019 | $150.75 | | 09/27/2019 | $150.75 | |
| 10/04/2019 | $150.75 | 6095547000 | 10/11/2019 | $150.75 | 6095548000 | 10/18/2019 | $150.75 | 6095549000 |
| 10/25/2019 | $150.75 | 6095550000 | 11/01/2019 | $150.75 | 6095551000 | 11/12/2019 | $150.75 | 6095552000 |
| 11/15/2019 | $150.75 | 6313753000 | 11/22/2019 | $150.75 | 6313754000 | 12/02/2019 | $150.75 | 6313755000 |
| 12/09/2019 | $150.75 | 6313756000 | 12/13/2019 | $150.75 | 6313757000 | 12/26/2019 | $150.75 | 6313758000 |
| 12/27/2019 | $150.75 | 6313759000 | 01/03/2020 | $150.75 | 6313760000 | 01/10/2020 | $150.75 | 6313761000 |
| 01/17/2020 | $150.75 | 6313762000 | 01/24/2020 | $150.75 | 6313763000 | 01/31/2020 | $150.75 | 6313764000 |
| 02/10/2020 | $150.75 | 6528234000 | 02/14/2020 | $150.75 | 6528235000 | 02/21/2020 | $150.75 | 6528236000 |
| 02/28/2020 | $150.75 | 6528237000 | 03/09/2020 | $150.75 | 6528238000 | 03/13/2020 | $150.75 | 6528239000 |
| 03/23/2020 | $150.75 | 6528240000 | 03/27/2020 | $150.75 | 6528241000 | 04/03/2020 | $150.75 | 6528242000 |
| 04/10/2020 | $150.75 | 6528243000 | 04/17/2020 | $150.75 | 6528244000 | 04/24/2020 | $150.75 | 6528245000 |
| 05/01/2020 | $150.75 | 6729570000 | 05/08/2020 | $150.75 | 6729571000 | 05/18/2020 | $150.75 | 6729572000 |
| 05/22/2020 | $150.75 | 6729573000 | 05/29/2020 | $150.75 | 6729574000 | 06/05/2020 | $150.75 | 6729575000 |
| 06/12/2020 | $150.75 | 6729576000 | 06/19/2020 | $150.75 | 6729577000 | 06/26/2020 | $150.75 | 6729578000 |
| 07/06/2020 | $150.75 | 6729579000 | 07/10/2020 | $150.75 | 6729580000 | 07/17/2020 | $150.75 | 6729581000 |
| 07/24/2020 | $150.75 | 6939791000 | 07/31/2020 | $150.75 | 6939792000 | 08/07/2020 | $150.75 | 6939793000 |

**Total Receipts for the Period: $11,027.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,907.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ASHLEY FUNDING SVCS LLC<br>»»  005 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $4,681.27 | $0.00 | $4,681.27 |
| 3 | NEWREZ LLC  D/B/A<br>»»  03P | Mortgage Arrears | $11,729.27 | $4,868.16 | $6,861.11 |
| 3 | NEWREZ LLC  D/B/A<br>»»  003 | Mortgage Arrears | $6,480.35 | $3,904.14 | $2,576.21 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $3,455.54 | $0.00 | $3,455.54 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $4,848.80 | $0.00 | $4,848.80 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,758.85 | $0.00 | $2,758.85 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,595.32 | $0.00 | $2,595.32 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $13,907.03 | $0.00 | $13,907.03 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BRAD J SADEK ESQ<br>»» 010 | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |
| 11 | BRAD J SADEK ESQ<br>»» 011 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,907.00 | Current Monthly Payment: | $603.00 |
| Paid to Claims: | $12,462.30 | Arrearages: | ($603.00) |
| Paid to Trustee: | $1,359.34 | Total Plan Base: | $26,364.00 |
| Funds on Hand: | $1,085.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.