| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12277-AMC**

DENNIS M. MC GEADY
7145 CLARIDGE STREET
PHILADELPHIA  PA    19111

Petition Filed Date: 03/31/2017
341 Hearing Date: 06/02/2017
Confirmation Date: 10/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $150.75 | 6313760000 | 01/10/2020 | $150.75 | 6313761000 | 01/17/2020 | $150.75 | 6313762000 |
| 01/24/2020 | $150.75 | 6313763000 | 01/31/2020 | $150.75 | 6313764000 | 02/10/2020 | $150.75 | 6528234000 |
| 02/14/2020 | $150.75 | 6528235000 | 02/21/2020 | $150.75 | 6528236000 | 02/28/2020 | $150.75 | 6528237000 |
| 03/09/2020 | $150.75 | 6528238000 | 03/13/2020 | $150.75 | 6528239000 | 03/23/2020 | $150.75 | 6528240000 |
| 03/27/2020 | $150.75 | 6528241000 | 04/03/2020 | $150.75 | 6528242000 | 04/10/2020 | $150.75 | 6528243000 |
| 04/17/2020 | $150.75 | 6528244000 | 04/24/2020 | $150.75 | 6528245000 | 05/01/2020 | $150.75 | 6729570000 |
| 05/08/2020 | $150.75 | 6729571000 | 05/18/2020 | $150.75 | 6729572000 | 05/22/2020 | $150.75 | 6729573000 |
| 05/29/2020 | $150.75 | 6729574000 | 06/05/2020 | $150.75 | 6729575000 | 06/12/2020 | $150.75 | 6729576000 |
| 06/19/2020 | $150.75 | 6729577000 | 06/26/2020 | $150.75 | 6729578000 | 07/06/2020 | $150.75 | 6729579000 |
| 07/10/2020 | $150.75 | 6729580000 | 07/17/2020 | $150.75 | 6729581000 | 07/24/2020 | $150.75 | 6939791000 |
| 07/31/2020 | $150.75 | 6939792000 | 08/07/2020 | $150.75 | 6939793000 | 08/14/2020 | $150.75 | 6939794000 |
| 08/21/2020 | $150.75 | 6939795000 | 08/28/2020 | $150.75 | 6939796000 | 09/04/2020 | $150.75 | 6939797000 |
| 09/11/2020 | $150.75 | 6939798000 | 09/18/2020 | $150.75 | 6939799000 | 09/25/2020 | $150.75 | 6939800000 |
| 10/02/2020 | $150.75 | 6939801000 | 10/09/2020 | $150.75 | 6939802000 | 10/16/2020 | $150.75 | 7148964000 |
| 10/23/2020 | $150.75 | 7148965000 | 10/30/2020 | $150.75 | 7148966000 | 11/06/2020 | $150.75 | 7148967000 |
| 11/13/2020 | $150.75 | 7148968000 | 11/20/2020 | $150.75 | 7148969000 | 11/30/2020 | $150.75 | 7148970000 |
| 12/04/2020 | $150.75 | 7148971000 | 12/11/2020 | $150.75 | 7148972000 | 12/18/2020 | $150.75 | 7148973000 |
| 12/28/2020 | $150.75 | 7148974000 | 01/04/2021 | $150.75 | 7148975000 | 01/08/2021 | $150.75 | 7336405000 |
| 01/15/2021 | $150.75 | 7336406000 | 01/22/2021 | $150.75 | 7336407000 | 01/29/2021 | $150.75 | 7336408000 |
| 02/05/2021 | $150.75 | 7336409000 | 02/12/2021 | $150.75 | 7336410000 | 02/19/2021 | $150.75 | 7336411000 |
| 03/01/2021 | $150.75 | 7336412000 | 03/05/2021 | $150.75 | 7336413000 | 03/12/2021 | $150.75 | 7336414000 |
| 03/22/2021 | $150.75 | 7336415000 | 03/26/2021 | $150.75 | 7336416000 | 04/05/2021 | $150.75 | 7548132000 |
| 04/09/2021 | $150.75 | 7548133000 | 04/16/2021 | $150.75 | 7548134000 | 04/23/2021 | $150.75 | 7548135000 |
| 04/30/2021 | $150.75 | 7548136000 | 05/07/2021 | $150.75 | 7548137000 | 05/14/2021 | $150.75 | 7548138000 |
| 05/21/2021 | $150.75 | 7548139000 | 06/01/2021 | $150.75 | 7548140000 | 06/04/2021 | $150.75 | 7548141000 |

**Total Receipts for the Period: $11,306.25   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,389.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,681.27 | $0.00 | $4,681.27 |
| 3 | NEWREZ LLC D/B/A<br>»» 03P | Mortgage Arrears | $11,729.27 | $9,405.51 | $2,323.76 |

**Chapter 13 Case No. 17-12277-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | NEWREZ LLC D/B/A<br>»» 003 | Mortgage Arrears | $6,480.35 | $5,607.84 | $872.51 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $3,455.54 | $0.00 | $3,455.54 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $4,848.80 | $0.00 | $4,848.80 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,758.85 | $0.00 | $2,758.85 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,595.32 | $0.00 | $2,595.32 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $13,907.03 | $0.00 | $13,907.03 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BRAD J SADEK ESQ<br>»» 010 | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |
| 11 | BRAD J SADEK ESQ<br>»» 011 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,389.25 | Current Monthly Payment: | $603.00 |
| Paid to Claims: | $18,703.35 | Arrearages: | ($1,055.25) |
| Paid to Trustee: | $1,867.35 | Total Plan Base: | $26,364.00 |
| Funds on Hand: | $818.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.